No. A–752.  BROBECK v. UNITED STATES ET AL.  C. A. 3d Cir.  Application for bail presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–760.  ACKERMAN ET AL. v. BOGUE, U. S. DISTRICT JUDGE.  C. A. 8th Cir.  Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. D–14.  IN RE DISBARMENT OF MACLEOD.  Motion to vacate order of disbarment of this Court dated January 21, 1974 [414 U. S. 1153], denied.

No. D–17.  IN RE DISBARMENT OF ENGLERT.  It having been reported to the Court that Charles E. Englert, of Boston, Massachusetts, has been disbarred from the practice of law in all of the courts of Massachusetts, and this Court by order of November 12, 1973 [414 U. S. 1020], having suspended the said Charles E. Englert from the practice of law in this Court and directed that a rule issue requiring him to show cause why he should not be disbarred;

And it appearing that the said rule was duly issued and served upon the respondent, and that the time within which to file a return has expired;

It is ordered that the said Charles E. Englert be, and he is hereby, disbarred from the practice of law in this Court and that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.